1
2
3
4
5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

| | |
|---|---|
| SETH M. ROBERTS, | Case No. C14-222-RSM-JPD |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

9
10
11
12
13
14

15   Plaintiff brought this action to seek judicial review of the denial of his application for

16   disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The

17   parties have stipulated that this case should be reversed and remanded for further administrative

18   proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14.

19   Based on the stipulation of the parties, the Court recommends that this case be

20   REVERSED and REMANDED for further administrative proceedings before an Administrative

21   Law Judge ("ALJ"). On remand, the ALJ shall: conduct a new hearing, further develop the

22   record and issue a new decision; reevaluate and further develop the medical evidence or record;

23   reevaluate steps two and three of the sequential evaluation process; reevaluate plaintiff's RFC

24

REPORT AND RECOMMENDATION
PAGE - 1

1  pursuant to SSR 96-8p, and reevaluate steps four and five of the sequential evaluation process
2  with the assistance of a vocational expert, as necessary.
3       Upon proper application, the Court will consider whether reasonable attorney's fees and
4  costs should be awarded pursuant to 28 U.S.C. § 2412(d).
5       Because the parties have stipulated that the case be remanded as set forth above, the
6  Court recommends that United States District Judge Ricardo S. Martinez immediately approve
7  this Report and Recommendation.  The Clerk should note the matter for **August 14, 2014** as
8  ready for Judge Martinez's consideration.  A proposed order accompanies this Report and
9  Recommendation.
10      DATED this 14th day of August, 2014.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge